UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

TRICIA EDWARDS,
    Plaintiff,

No. C 11-0187 EDL

v.

**ORDER RE: ATTENDANCE**

CROSSCHECK, INC.,
    Defendant.

Date:    July 19, 2011
Mediator:    Teresa Carey

    IT IS HEREBY ORDERED that the request to excuse plaintiff Tricia Edwards from personal attendance at the July 19, 2011, mediation before Teresa Carey is GRANTED.  Ms. Edwards shall be available to participate in the mediation at all times by telephone, in accordance with ADR L.R. 6-10(f).  The request to excuse defendant CrossCheck, Inc.'s corporate representative(s) from personal attendance at the mediation is DENIED.  Defendant's representative(s) shall attend the July 19, 2011, in person.

    IT IS SO ORDERED.

June 22, 2011    By:    _____
Dated                                  Maria-Elena James
                                                Chief Magistrate Judge